**Order entered December 7, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00108-CR

## TOREY LEWAYENE SHAMBURGER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-34438-R**

## ORDER

Before the Court is appellant's December 4, 2020 motion for an extension of time to file his reply brief. We **GRANT** the motion and **ORDER** the reply brief received on December 3, 2020 filed as of the date of this order.

/s/    CORY L. CARLYLE
           JUSTICE